# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**


**March 29, 2006**

**Before**


Hon.  RICHARD D. CUDAHY, *Circuit Judge*

Hon.  MICHAEL S. KANNE, *Circuit Judge*

Hon.  DIANE S. SYKES, *Circuit Judge*


| | |
|---|---|
| WANDA RAYMOND,<br><br>     *Plaintiff-Appellant*, | Appeal from the United<br>States District Court for the<br>Northern District of Illinois,<br>Eastern Division. |
| **No.**  05-1855 | |
|      **v.** | No. 03 C 4509 |
| AMERITECH CORPORATION, d/b/a<br>SBC AMERITECH,<br>     *Defendant-Appellee*. | Ronald A. Guzman,<br>*Judge*. |


**O R D E R**

The opinion issued in the above-entitled case on March 29, 2006, is hereby amended as follows:

On the first page, footnote 1, next to the last sentence, "we will continue refer" should be amended to read "we will continue to refer".